El Juez Presidente Sr. del Toro y el Juez Asociado Sr. Hutchison disintieron.

Ex PARTE ANTONIO MORENO CALDERÓN, Peticionario.—Reconocimiento de una Escuela de Derecho. Mayo 18, 1926. No habiéndosenos impuesto por la ley el deber de declarar por anticipado cuáles son las Universidades y Escuelas acreditadas de Derecho, sino solamente el de admitir al examen de reválida como abogados a los que presenten títulos expedidos por universidades o escuelas de los Estados Unidos que sean acreditadas, no ha lugar a hacer la declaración que interesa el peticionario respecto a que su ''Academia de Derecho de Puerto Rico'' es una escuela de derecho acreditada.

No 2696.—EL PUEBLO, apldo., v. FERNÉS, aplte.—C. D. Ponce, Sala Segunda. Mayo 26, 1926. Celebrada la vista de este caso con la comparecencia del fiscal quien manifestó en moción escrita que la cuestión envuelta es exactamente igual a la resuelta por esta corte en el caso No. 92, *Ex parte Lorenzo Rivera,* 34 D.P.R. 773, y apareciendo que ello es así, por los motivos consignados en dicho caso se revoca la sentencia apelada y se absuelve al acusado.

No. 2689.—EL PUEBLO, apldo., v. ACEVEDO, aplte.—C. D. Ponce, Sala Segunda. Mayo 26, 1926. Celebrada la vista de este caso con la comparecencia del fiscal quien manifestó en moción escrita que la cuestión envuelta es exactamente igual a la resuelta por esta corte en el caso No. 92, *Ex parte Lorenzo Rivera,* 34 D.P.R. 773, y apareciendo que ello es así, por los motivos consignados en dicho caso, se revoca la sentencia apelada y se absuelve al acusado.

No. 3626.—LAVIENA ET AL., apltes., v. RAMOS, apldo.—C. D. Humacao. Mayo 26, 1926. Moción sobre reconsideración. No apareciendo que la prueba erróneamente admitida, si hubo error alguno en tal sentido, haya contribuído en grado apreciable al resultado en la corte inferior, o que su exclusión al momento de oponerse la parte demandante hubiera